UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL HAURY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CV-781RM |
| ) | |
| EVELYN RIDLEY TURNER, *et al.*, ) | |
| ) | |
| Defendants ) | |

<u>OPINION AND ORDER</u>

Michael Haury, a *pro se* prisoner, filed a complaint under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1915A the complaint was dismissed. Mr. Haury filed a motion to reconsider the December 15, 2005 order assessing the initial partial filing fee, and directing that the remainder of the filing fee be paid over time. Mr. Haury requests that the filing fee be waived due to hardship and because the complaint was dismissed. 28 U.S.C. §1915 requires that an inmate who files a civil lawsuit pay the filing fee either in advance or over time. Mr. Haury filed this lawsuit and so must pay the filing fee even though the case has been dismissed.

For the foregoing reasons, the court DENIES the motion for reconsideration (docket #7).

SO ORDERED.

ENTERED: February 16, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court